IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ALVIN WESLEY KING                                                                                       PETITIONER

v.                                           Case No. 1:25-cv-1025

ASHLEY COUNTY DETENTION CENTER                                                          DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6.

Judge Bryant recommends that Petitioner Alvin Wesley King's Petition for Writ of Habeas Corpus (ECF No. 1) pursuant to 28 U.S.C. § 2254 be denied without prejudice because Petitioner has failed to show either that he is in custody pursuant to a judgment of a State court or that he has exhausted any State remedies available to challenge the judgment. Judge Byrant notes that, as of the date of the R&R, Petitioner had not been convicted in any of the three pending State criminal cases brought against him in the Ashley County, Arkansas Circuit Court. Petitioner objected, asserting that he has been convicted or pled guilty in one of the cases in the interim. ECF No. 7.

Upon review, the Court finds that Judge Bryant's recommendation is correct. Presuming that Petitioner is now in custody pursuant to a judgement of a State court, his Petition and objection nevertheless fail to allege or demonstrate that he has exhausted his available State remedies to challenge the judgment, or that such remedies are unavailable or ineffective. *See* 28 U.S.C. § 2254(b)(1) (stating that an application pursuant to § 2254 "shall not be granted unless it appears" that such a showing has been made regarding administrative remedies). Accordingly, the Court hereby adopts Judge Bryant's R&R (ECF No. 6) in toto. Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is hereby **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 21st day of May, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge